FILED

09 SEP -1 PM 11:15

CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 09 80214 MISC

Michael G. Land - #57560

/

**ORDER TO SHOW CAUSE**

It appearing that Michael G. Land has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that he may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why he should not be suspended from practice before this Court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Michael G. Land
Law Office of Michael G. Land
1020 15th Street, #8
Modesto, CA 95354